IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BRUCE TRACEY,

      Plaintiff,                         No. CIV S-09-3415 LKK DAD P

      vs.

SACRAMENTO COUNTY SHERIFF
DEP'T MEDICAL DEP'T, et al.,
      Defendants.                ORDER

/

        Plaintiff, an inmate at the Rio Cosumnes Correctional Center proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Upon review of the in forma pauperis application, the court finds that it is incomplete. Plaintiff did not have the certificate portion of the application completed by an authorized official, and plaintiff did not submit a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a new application and a certified copy of his inmate trust account statement.

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 8, 2009 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice.

2. Plaintiff shall submit, within thirty days from the date of this order, a new application to proceed in forma pauperis and a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.

3. The Clerk of the Court is directed to provide plaintiff a copy of the court's in forma pauperis application for a prisoner; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 2, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
trac3415.3c